UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTORINO FLORES ARZATE, | ) | NO. EDCV 11-00036 ODW (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| TIMOTHY E. BUSBY, Acting Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: April 20, 2011

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE